No. 250. HYMAN v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of

certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. R. Kemp Slaughter* and *Hugh C. Bickford* for petitioner. *Solicitor General Biggs* for respondent.